UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
COSKUN CAKIROGLU,                                    JUDGMENT

                             Plaintiff,                        20-CV-5709 (DG)(ST)
   v.

OLD COUNTRY SERVICE STATION, INC.,
79 OLD COUNTRY ROAD LLC,
DOODNAUTH DHANRAJ, and DHANRAJ
ANIL PERSAUD,

                             Defendants.
-----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 26, 2021; and defendants Old Country Service Station, Inc., 79 Old Country Road LLC, Doodnauth Dhanraj, and Dhanraj Anil Persaud (collectively "Defendants") having offered to allow judgment in this action to be taken against them and in favor of plaintiff Coskun Cakiroglu, in the amount of Forty-Five Thousand Dollars and Zero Cents ($45,000.00), which is inclusive of all unpaid wages, spread of hours, damages, liquidated damages, statutory penalties, pre-judgment interest, post judgment interest, attorneys' fees, costs, expenses, amounts, and claims for relief sought by Plaintiff; it is

      ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff COSKUN CAKIROGLU, and against Defendants Old Country Service Station, Inc., 79 Old Country Road LLC, Doodnauth Dhanraj, and Dhanraj Anil Persaud in the amount of Forty-Five Thousand Dollars and Zero Cents ($45,000.00), which is inclusive of all unpaid wages, spread of hours, damages, liquidated damages, statutory penalties, pre-judgment interest, post judgment interest, attorneys' fees, costs, expenses, amounts, and claims for relief sought by Plaintiff.

Dated: Brooklyn, New York                                    Douglas C. Palmer
       April 2, 2021

                By:    */s/Jalitza Poveda*
                       Deputy Clerk